LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
RYAN VENCI, ESQ.
Nevada Bar No. 7547
KRISTEN MOLLOY, ESQ.
Nevada Bar No. 14927
BRANDON | SMERBER LAW FIRM
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VIVIANA JIMENEZ DE CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC and DOES II through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:24-cv-1384-RFB-DJA |

### STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSON'S LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, and Plaintiff, VIVIANA JIMENEZ DE CRUZ, by and through OLIVER C. TINGEY, ESQ., of TINGEY INJURY LAW FIRM as follows:

///

///

*Viviana Jimenez De Cruz v. Albertsons, LLC*
Case No.: 2:24-cv-1384-RFB-DJA

That Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 4th day of August, 2025.       DATED this 4th day of August, 2025.

**BRANDON | SMERBER LAW FIRM**            **TINGEY INJURY LAW FIRM**

/s/ Lew Brandon, Jr., Esq.

_____               _____
**LEW BRANDON, JR., ESQ.**                **OLIVER C. TINGEY, ESQ.**
Nevada Bar No. 5880                       Nevada Bar No. 16638
**RYAN M. VENCI, ESQ.**                   817 S. Main St.
Nevada Bar No. 7547                       Las Vegas, Nevada 89101
**KRISTEN MOLLOY, ESQ.**                  *Attorneys for Plaintiff,*
Nevada Bar No. 14927                      *VIVIANA JIMENEZ DE CRUZ*
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

*Viviana Jimenez De Cruz v. Albertsons, LLC*
Case No.: 2:24-cv-1384-RFB-DJA

**IT IS SO ORDERED** that Defendant, ALBERTSONS, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this __16th__ day of __September__, 2025.

_____
DISTRICT COURT JUDGE
RICHARD F. BOULWARE, II

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN M. VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*